## COLLINS *v.* MODISETT, on Appeal.

THE Court held, that the plea of *nul tiel record* to an action of debt on the judgment of a justice of the peace in another state, was a mere nullity (1).

(1) Vide *Cole* v. *Driskell*, in this Court, ante, p. 16, note 1.